SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT
# INTO REGISTRY ACCOUNT

TO:    1. *Intake Clerk* *

    2. *Case Administrator*

FROM:    *Financial Administrator*

**UC**

DATE:    7·5·11

CASE NAME:    King

CASE NUMBER:    06·70444

---

Check Number 74822 in the amount of $11,237.76 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 02866    Intake Clerk's Initials LK

---

*    AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE **FORWARD TO** THE APPROPRIATE **CASE ADMINISTRATOR**.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

## RONDA J. WINNECOUR, STANDING TRUSTEE
U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470

06/29/2011

| | | |
|---|---|---|
| John J. Horner, Esquire | OR | John J. Horner, Esquire |
| Clerk, US Bankruptcy Court | | Clerk, US Bankruptcy Court |
| 5414 U.S. Steel Tower | | U.S. Courthouse, Room B160 |
| 600 Grant Street | | 17 South Park Row |
| PIttsburgh, PA 15219 | | Erie, PA 16501 |

Re: WILLIAM J. KING II

Case No: 06-70444F

Dear Mr. Horner:

    I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
    These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Apple & Apple Pc++
4650 Baum Blvd
Pittsburgh,PA 15213

CHECK NUMBER 748224      AMOUNT $11237.76

    The disbursement(s) was returned to the Trustee for the following reason:

CREDITOR IS ON GLOBAL RESERVE

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Little
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: JASON MAZZEI ESQ
WILLIAM J. KING II

Apple & Apple Pc++